# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Desiree Faith Atkins            CASE NO.:17-31940

**DEBTOR(S)**            **CHAPTER 13**

## OBJECTION TO CONFIRMATION

COMES NOW, the creditor, Lendmark Financial Services, Inc., in the above referenced matter and hereby files this objection to confirmation of the Debtors plan and states as follows:

1) The Creditor, Lendmark Financial Services, Inc. is a secured creditor.

2) The Creditor has a perfected security interest in the following collateral:

a) One 2007 Chevrolet Suburban.

3) The debt was incurred March 18th, 2017 and this plan was filed July 10th, 2017, less than 120 days from the date of the loan. The amount of the loan was $12,000.00. The Debtor valued the vehicle in excess of the loan.

5) There is a co-debtor on the loan; namely, Joseph S. Atkins. The Debtors plan does not protect the co-debtor.

6) The Debtors case does not appear to be filed in good faith.

7) The Debtors plan purports to surrender the vehicle; however, the Debtor has failed to make any effort to provide possession of the vehicle to your creditor.

Wherefore, your creditor objects to the confirmation of the Debtors plan as filed.

Respectfully submitted this the 8th day of August, 2017.

                                                 /s/William C. Elliott/s/
                                                 Elliott and Associates, P.A.
                                                 P.O. Box 627
                                                 Gulf Breeze, FL 32561
                                                 (334) 467-1634
                                                 Ell022
                                                 law@b-elliott.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING BY FIRST CLASS MAIL, POSTAGE PREPAID, OR BY OTHER ALLOWABLE ELECTRONIC MEANS UPON THE FOLLOWING:

Richard D. Shinbaum  
Shinbaum & Campbell  
PO Box 201  
Montgomery, AL 36101

Sabrina L. McKinney  
Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101

Case 17-31940    Doc 17    Filed 08/08/17    Entered 08/08/17 17:12:55    Desc Main
Document    Page 2 of 2